IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| AUDREY M. ROBBINS, | * | |
| Plaintiff, | * | |
| vs. | * | |
| | | CASE NO. 3:12-CV-63 (CDL) |
| CAROLYN W. COLVIN, Commissioner of Social Security, | * | |
| | * | |
| Defendant. | | |
| | * | |

O R D E R

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on August 27, 2013. After a *de novo* review, the Court adopts the Report and Recommendation of the Magistrate Judge and makes it the order of this Court. Plaintiff's objections have been considered and are found to be without merit.

IT IS SO ORDERED, this 11th day of September, 2013.

s/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE